# Exhibit "G"

**RANDELL C. ROBERTS**
*Board Certified - Personal Injury Trial Law
American Board of Trial Advocates

**MICHAEL ACE**
*Board Certified - Personal Injury & Civil Trial Law
American Board of Trial Advocates

*Texas Board of Legal Specialization

www.robertslawfirm.com
mail@robertslawfirm.com





*A Professional Corporation*

**ATTORNEYS AT LAW**

118 W. Fourth Street
Tyler, Texas 75701-4000

**BRUCE L. ROBERTS**
*Board Certified - Personal Injury Trial Law

**KAREN R. ROBERTS**

**RORY C. DUKES**

**NICANOR PESINA, JR.**

Tel: (903) 597-6655
Fax: (903) 597-1600

March 21, 2013

Mr. James R. Burgess
160 VZCR 2724
Mabank, TX  75147

Dear James:

We have assigned an investigator in Pennsylvania, Mr. Jim Sheridan, to assist us in investigating your accident.   Please feel free to call me if you have any questions or concerns regarding any aspect of their involvement in your case.

Sincerely,

Randell C. Roberts
For the Firm

RCR/mb

# Exhibit "H"



RANDELL C. ROBERTS
*Board Certified - Personal Injury Trial Law
American Board of Trial Advocates

MICHAEL ACE
*Board Certified - Personal Injury & Civil Trial Law
American Board of Trial Advocates

*Texas Board of Legal Specialization

www.robertslawfirm.com
mail@robertslawfirm.com

BRUCE L. ROBERTS
*Board Certified - Personal Injury Trial Law

KAREN R. ROBERTS

NICANOR PESINA, JR.

Tel: (903) 597-6655
Fax: (903) 597-1600



*A Professional Corporation*

## ATTORNEYS AT LAW

118 W. Fourth Street
Tyler, Texas 75701-4000

April 1, 2013

CERTIFIED MAIL
RETURN RECEIPT REQEUSTED
NO. 7001 0001 4903 3157

Mr. Christopher P. Clark
Clark Electrical Contractors, Inc.
RR 6, Box 6217
Montrose, PA 18801

Re:   No. CV04893; James Burgess v. Patterson-
UTI Drilling Company LLC; County Court
at Law; Van Zandt County, Texas

Dear Mr. Clark:

Enclosed for your records is a copy of the Petition for Rule 202 Pre-Suit Deposition to Investigate Claims.   Since it appears that you or Clark Electrical Contractors, Inc. may have an interest in this matter, we trust that you will promptly turn this Petition over to your legal representative for the appropriate action.

Sincerely,

Randell C. Roberts
For the Firm

RCR/mb

Enclosure

cc:   VIA FAX

Mr. Mansur Khan
Harleysville Insurance Company
P.O. Box 198
Harleysville, PA  19438

# Exhibit "I"

To:        File                                          MEMORANDUM
From:      Randy
Subject:   Burgess
Date:      May 6, 2013


The results from MEA indicate that there's probably two (2) million dollars in insurance coverage for Clark Electrical Contractors.  More specifically, it appears that there is a one (1) million dollar general liability policy and a one (1) million dollar umbrella policy, both of which appear to be through Harleysville Insurance Company.

cc:     Molly
        Rhonda
        Nick

# Exhibit "J"

**RANDELL C. ROBERTS**
*Board Certified - Personal Injury Trial Law
American Board of Trial Advocates

**MICHAEL ACE**
*Board Certified - Personal Injury & Civil Trial Law
American Board of Trial Advocates

*Texas Board of Legal Specialization

www.robertslawfirm.com
mail@robertslawfirm.com





*A Professional Corporation*

**ATTORNEYS AT LAW**

118 W. Fourth Street
Tyler, Texas 75701-4000

**BRUCE L. ROBERTS**
*Board Certified - Personal Injury Trial Law

**KAREN R. ROBERTS**

**RORY C. DUKES**

**NICANOR PESINA, JR.**

Tel: (903) 597-6655
Fax: (903) 597-1600

July 1, 2013

VIA FAX
AND
EMAIL

Mr. James A. Doherty, Jr.
Scanlon, Howley & Doherty
1000 Bank Towers
321 Spruce Street
Scranton, PA 18503

              Re:     James Burgess v. Clark Electrical
                         Contractors, Inc.

Dear Mr. Doherty:

      It is my understanding that you have been retained by Harleysville Insurance Company to represent Clark Electrical Contractors, Inc. Assuming that this is correct, I wanted to inform you that my office has completed its preliminary investigation and that we will be submitting the necessary documentation of Mr. Burgess's claim along with an offer to settle his claim within your client's liability insurance coverage. Please confirm for me that you do represent Clark Electrical Contractors, Inc. and that the liability insurance coverage available under their business and umbrella policies for this claim is $2,000,000.00.

      As you may know, Mr. Burgess is a quadriplegic as a result of this accident. He is available for you to interview at your convenience and you remain welcome to call me. Thank you for your attention to this matter.

                      Sincerely,

                      Randell C. Roberts
                      For the Firm

RCR/mb

# Exhibit "K"



**From:** Randell (Randy) C. Roberts <randy@robertslawfirm.com>
**Sent:** Friday, November 15, 2013 9:42 PM
**To:** Sheridan, Thomas W. <tsheridan@sheridanandmurray.com>
**Subject:** RE: Hello

Hi Tom, and its good to hear from you. I will email some information on that case to you later next week, and then we can talk. It would be great if you could help my client. --- Randy

**Randell (Randy) C. Roberts**
Attorney at Law
118 W. Fourth St.
Tyler, Texas 75701
Ph:  (903) 597-6655 | Fax: (903) 597-1600
Board Certified - Personal Injury Trial Law
Texas Board of Legal Specialization
randy@robertslawfirm.com
www.robertslawfirm.com

**From:** Sheridan, Thomas W. [mailto:tsheridan@sheridanandmurray.com]
**Sent:** Friday, November 15, 2013 1:18 PM
**To:** Randell (Randy) C. Roberts
**Subject:** Hello

Randy,
I hope all is well.
I enjoyed meeting you at the AHA seminar with Rodney in Napa.
I wanted to follow up with you regarding the Pennsylvania accident case that we discussed. I apologize for my delay in reaching out to you, but I just finished a trial here in Philadelphia.
Please give me a call to discuss the case or feel free to email me the information if you would like me to review.
Sincerely, Tom



**Thomas W. Sheridan**
*Trial Attorney*

tsheridan@sheridanandmurray.com

**Sheridan & Murray, LLC**
1600 Market Street, 25th Floor
Philadelphia, PA 19103

tel:  (215) 977-9500

# Exhibit "L"

**RANDELL C. ROBERTS**
*Board Certified - Personal Injury Trial Law
  American Board of Trial Advocates

**MICHAEL ACE**
*Board Certified - Personal Injury & Civil Trial Law
  American Board of Trial Advocates

*Texas Board of Legal Specialization

www.robertslawfirm.com
mail@robertslawfirm.com



**ROBERTS & ROBERTS**

*A Professional Corporation*

**ATTORNEYS AT LAW**

118 W. Fourth Street
Tyler, Texas 75701-4000

**BRUCE L. ROBERTS**
*Board Certified - Personal Injury Trial Law

**KAREN R. ROBERTS**

**RORY C. DUKES**

**NICANOR PESINA, JR.**

Tel: (903) 597-6655
Fax: (903) 597-1600

February 7, 2014

Mr. James R. Burgess
160 VZCR 2724
Mabank, TX  75147

Dear James:

I just wanted to let you know that I am still consulting with lawyers in Pennsylvania to determine how we can obtain compensation for you beyond your worker's compensation insurance benefits. I will keep you posted on my progress, however, you as well as Kay are always welcome to call me should you have any questions or concerns in this regard.

Sincerely,

Randell C. Roberts
For the Firm

RCR/mb

# Exhibit "M"

| | |
|---|---|
| **From:** | Molly R. Brady |
| **To:** | Sheridan, Thomas W. |
| **Subject:** | RE: James Burgess |
| **Date:** | Monday, April 7, 2014 5:15:53 PM |
| **Attachments:** | image001.jpg |

**Would you let me know when you get caught up from vacation and would have time to talk to Mr. Roberts (maybe later this week) regarding this matter? Thanks,**

**Molly R. Brady**
Legal Assistant
118 W. Fourth St. Tyler, TX 75701
Ph: (903) 597-6655 | Fax: (903) 597-1600
molly@robertslawfirm.com

cid:image001.jpg@01CDCE50.B4058AA0



**From:** Sheridan, Thomas W. [mailto:tsheridan@sheridanandmurray.com]
**Sent:** Thursday, March 27, 2014 3:43 AM
**To:** Molly R. Brady
**Subject:** Re: James Burgess

Molly
I am on vacation until April 5. If Mr. Roberts wishes to speak with me before I return, I will be happy to block out some time.
Please let me know. Thanks
Tom

Sent from my iPad

On Mar 26, 2014, at 8:51 AM, "Molly R. Brady" <molly@robertslawfirm.com> wrote:

**Do you have any time available this week for a conference call regarding this matter?**
**Thanks,**
**Molly R. Brady**
Legal Assistant
118 W. Fourth St. Tyler, TX 75701
Ph: (903) 597-6655 | Fax: (903) 597-1600
molly@robertslawfirm.com
<image001.jpg>

**From:** Sheridan, Thomas W. [mailto:tsheridan@sheridanandmurray.com]
**Sent:** Monday, March 17, 2014 5:46 PM
**To:** Molly R. Brady
**Subject:** RE: James Burgess

Ms. Brady

I am in court all day tomorrow. Would Wednesday or Thursday work? Please let me know.

Thanks, Tom

<image002.jpg>

| | |
|---|---|
| **Thomas W. Sheridan** | **Sheridan & Murray, LLC** |
| *Trial Attorney* | 1600 Market Street, 25th Floor |

| | |
|---|---|
| **From:** | Molly R. Brady |
| **To:** | Sheridan, Thomas W. |
| **Subject:** | RE: James Burgess |
| **Date:** | Thursday, March 27, 2014 9:38:07 AM |
| **Attachments:** | image001.jpg |

**No, sir. Enjoy your vacation, just holler at me when you get back and I will set something up then.**
**Thanks,**
**Molly R. Brady**
Legal Assistant
118 W. Fourth St. Tyler, TX 75701
Ph: (903) 597-6655 | Fax: (903) 597-1600
molly@robertslawfirm.com

cid:image001.jpg@01CDCE50.B4058AA0



**From:** Sheridan, Thomas W. [mailto:tsheridan@sheridanandmurray.com]
**Sent:** Thursday, March 27, 2014 3:43 AM
**To:** Molly R. Brady
**Subject:** Re: James Burgess
Molly
I am on vacation until April 5. If Mr. Roberts wishes to speak with me before I return, I will be happy to block out some time.
Please let me know. Thanks
Tom

Sent from my iPad

On Mar 26, 2014, at 8:51 AM, "Molly R. Brady" <molly@robertslawfirm.com> wrote:

**Do you have any time available this week for a conference call regarding this matter?**
**Thanks,**
**Molly R. Brady**
Legal Assistant
118 W. Fourth St. Tyler, TX 75701
Ph: (903) 597-6655 | Fax: (903) 597-1600
molly@robertslawfirm.com
<image001.jpg>

**From:** Sheridan, Thomas W. [mailto:tsheridan@sheridanandmurray.com]
**Sent:** Monday, March 17, 2014 5:46 PM
**To:** Molly R. Brady
**Subject:** RE: James Burgess
Ms. Brady
I am in court all day tomorrow. Would Wednesday or Thursday work? Please let me know.
Thanks, Tom

<image002.jpg>
| | |
|---|---|
| **Thomas W. Sheridan** | **Sheridan & Murray, LLC** |
| *Trial Attorney* | 1600 Market Street, 25th Floor |

Philadelphia, PA 19103

tsheridan@sheridanandmurray.com
http://www.sheridanandmurray.com

tel:  (215) 977-9500
fax: (215) 977-9800

**From:** Molly R. Brady [mailto:molly@robertslawfirm.com]
**Sent:** Monday, March 17, 2014 5:35 PM
**To:** Sheridan, Thomas W.
**Subject:** RE: James Burgess

**Mr. Sheridan,**

**Would you be available tomorrow, Tuesday, March 18th, for a conference call with Mr. Roberts regarding this matter?**

**Molly R. Brady**
Legal Assistant
118 W. Fourth St. Tyler, TX 75701
Ph: (903) 597-6655 | Fax: (903) 597-1600
molly@robertslawfirm.com
<image001.jpg>

**From:** Randell (Randy) C. Roberts
**Sent:** Friday, February 07, 2014 1:09 PM
**To:** Sheridan, Thomas W.
**Cc:** Molly R. Brady
**Subject:** RE: James Burgess

Thanks Tom; there is no rush. I will have Molly set up a convenient time for me to call you after I return from Rodney's workshop on February 17. ---- Randy

**Randell (Randy) C. Roberts**
Attorney at Law
118 W. Fourth St. Tyler, TX 75701
Ph: (903) 597-6655 | Fax: (903) 597-1600
Board Certified - Personal Injury Trial Law
Texas Board of Legal Specialization
<image001.jpg>

**From:** Sheridan, Thomas W. [mailto:tsheridan@sheridanandmurray.com]
**Sent:** Friday, February 07, 2014 12:48 PM
**To:** Randell (Randy) C. Roberts
**Subject:** RE: James Burgess

Randy,

sorry for my delay in responding. I have been tied up all week in mediation in a false claims act qui tam case.

I would like to talk to you about this case some more and investigate it further.

Do you have time to talk when you return from visiting Rodney?

Please feel free to call me on my cell phone over the weekend if you wish to discuss anything regarding preparation for your work session with Rodney 215-704-7730

thanks,

Tom

<image002.jpg>

| | |
|---|---|
| **Thomas W. Sheridan**<br>*Trial Attorney* | **Sheridan & Murray, LLC**<br>1600 Market Street, 25th Floor<br>Philadelphia, PA 19103 |
| tsheridan@sheridanandmurray.com<br>http://www.sheridanandmurray.com | tel:  (215) 977-9500<br>fax: (215) 977-9800 |

**From:** Randell (Randy) C. Roberts [mailto:randy@robertslawfirm.com]
**Sent:** Tuesday, February 04, 2014 7:03 PM
**To:** Sheridan, Thomas W.

**Subject:** RE: James Burgess

Hi Jim,

I know you are busy. Just let me know when you have concluded that there is nothing you can do at the current time to help Mr. Burgess. Thanks --- Randy

....Btw, I am heading out to consult with Rodney next week.

**Randell (Randy) C. Roberts**
Attorney at Law
118 W. Fourth St. Tyler, TX 75701
Ph: (903) 597-6655 | Fax: (903) 597-1600
Board Certified - Personal Injury Trial Law
Texas Board of Legal Specialization
<image001.jpg>

---

**From:** Randell (Randy) C. Roberts
**Sent:** Friday, December 20, 2013 12:07 PM
**To:** 'Sheridan, Thomas W.'
**Subject:** RE: James Burgess

As promised, attached is the etrans of the depo of the employer's safety investigator. Have a Merry Christmas. --- Randy

**Randell (Randy) C. Roberts**
Attorney at Law
118 W. Fourth St. Tyler, TX 75701
Ph: (903) 597-6655 | Fax: (903) 597-1600
Board Certified - Personal Injury Trial Law
Texas Board of Legal Specialization
<image001.jpg>

---

**From:** Randell (Randy) C. Roberts
**Sent:** Tuesday, December 10, 2013 10:37 AM
**To:** 'Sheridan, Thomas W.'
**Subject:** James Burgess

Tom,

Attached are the reports from my investigator in Texas. I am still waiting on the transcript of the employer's investigator's deposition. --- Randy

**Randell (Randy) C. Roberts**
Attorney at Law
118 W. Fourth St. Tyler, TX 75701
Ph: (903) 597-6655 | Fax: (903) 597-1600
Board Certified - Personal Injury Trial Law
Texas Board of Legal Specialization
<image001.jpg>

---

**From:** Molly R. Brady
**Sent:** Tuesday, December 10, 2013 10:34 AM
**To:** Randell (Randy) C. Roberts
**Subject:** James Burgess

CONFIDENTIALITY NOTICE: The messages contained in this email, including any and all accompanying attachments, are for the sole use of the intended recipient(s), are confidential, and may be privileged. If you have received this email in error, you are hereby notified that any use, dissemination, distribution, or reproduction of this transmission is prohibited. If you are not the intended recipient, please destroy all copies of the original transmission and contact the sender by calling 903-597-6655 immediately.

CONFIDENTIALITY NOTICE: The messages contained in this email, including any and all accompanying attachments, are for the sole use of the intended recipient(s),

| From: | Randell (Randy) C. Roberts |
| From: | |
| To: | Sheridan, Thomas W. |
| Subject: | 8888-1351 Burgess, James R.: RE: James Burgess |
| Date: | Friday, December 20, 2013 1:05:01 PM |
| Attachments: | image001.jpg |
| | Zimmerman, Brian - Vol. I.PTX |

As promised, attached is the etrans of the depo of the employer's safety investigator. Have a Merry Christmas. --- Randy

**Randell (Randy) C. Roberts**
Attorney at Law
118 W. Fourth St. Tyler, TX 75701
Ph:  (903) 597-6655 | Fax: (903) 597-1600
Board Certified - Personal Injury Trial Law
Texas Board of Legal Specialization
cid:image001.jpg@01CDCE50.B4058AA0



**From:** Randell (Randy) C. Roberts
**Sent:** Tuesday, December 10, 2013 10:37 AM
**To:** 'Sheridan, Thomas W.'
**Subject:** James Burgess

Tom,
    Attached are the reports from my investigator in Texas. I am still waiting on the transcript of the employer's investigator's deposition. --- Randy

**Randell (Randy) C. Roberts**
Attorney at Law
118 W. Fourth St. Tyler, TX 75701
Ph:  (903) 597-6655 | Fax: (903) 597-1600
Board Certified - Personal Injury Trial Law
Texas Board of Legal Specialization
cid:image001.jpg@01CDCE50.B4058AA0



**From:** Molly R. Brady
**Sent:** Tuesday, December 10, 2013 10:34 AM
**To:** Randell (Randy) C. Roberts
**Subject:** James Burgess

CONFIDENTIALITY NOTICE: The messages contained in this email, including any and all accompanying attachments, are for the sole use of the intended recipient(s), are confidential,

| | |
|---|---|
| **From:** | Randell (Randy) C. Roberts |
| **To:** | Sheridan, Thomas W. |
| **Subject:** | RE: Hello |
| **Date:** | Tuesday, December 3, 2013 10:29:48 AM |
| **Attachments:** | image002.jpg |
| | image003.jpg |
| | Shamrock Investigations.pdf |

**Tom,**

    **When would be a good time for me to call you this week?  The facts are fairly simple,  and I think I can lay them out in a short conversation with you.  As you may recall, the real barrier to making my client's claim economically viable is the intransigence of the workers' compensation subrogation interest.**

    **By way of background, I am attaching a report from my local investigator in Pennsylvania.  The heart of the investigation, however, was conducted by telephone by my investigator in Texas and his report is quite lengthy.  At this point, I think I can summarize the key liability facts for you in our anticipated telephone conference.  Thanks again for getting back to me and I look forward to talking to you at your convenience.. – Randy**

**Randell (Randy) C. Roberts**
Attorney at Law
118 W. Fourth St. Tyler, TX 75701
Ph:  (903) 597-6655  | Fax: (903) 597-1600
Board Certified - Personal Injury Trial Law
Texas Board of Legal Specialization

cid:image001.jpg@01CDCE50.B4058AA0



**From:** Sheridan, Thomas W. [mailto:tsheridan@sheridanandmurray.com]
**Sent:** Wednesday, November 27, 2013 1:58 PM
**To:** Randell (Randy) C. Roberts
**Subject:** RE: Hello

Randy
Thanks.
I look forward to hearing from you.
Happy Thanksgiving! Tom

# Exhibit "N"



**From:** Randell (Randy) C. Roberts <randy@robertslawfirm.com>
**Sent:** Tuesday, June 24, 2014 3:23 PM
**To:** Sheridan, Thomas W. <tsheridan@sheridanandmurray.com>
**Subject:** RE: James Burgess

Hi Tom,

I assume that since we never got back together that you didn't see a way that we could work together to help this poor fellow. If I waived my financial interest in the case, I still see a way that you or an attorney in Pennsylvania could make a good fee while helping the client in this case. If you are interested in handling this case by yourself or have any recommendations on an attorney I might contact in Pennsylvania for this purpose, please let me know. Thanks, and I hope all has been going well for you. --- Randy


**Randell (Randy) C. Roberts**
Attorney at Law
118 W. Fourth St. Tyler, TX 75701
Ph: (903) 597-6655 | Fax: (903) 597-1600
Board Certified - Personal Injury Trial Law
Texas Board of Legal Specialization



**From:** Sheridan, Thomas W. [mailto:tsheridan@sheridanandmurray.com]
**Sent:** Friday, February 07, 2014 1:11 PM
**To:** Randell (Randy) C. Roberts
**Subject:** RE: James Burgess

thank you. Travel safe and have a productive session. Tom

Sent from my Verizon Wireless 4G LTE smartphone


-------- Original message --------
From: "Randell (Randy) C. Roberts"
Date:02/07/2014 2:07 PM (GMT-05:00)
To: "Sheridan, Thomas W."
Cc: "Molly R. Brady"

# Exhibit "O"

**RANDELL C. ROBERTS**
 *Board Certified - Personal Injury Trial Law
  American Board of Trial Advocates

**MICHAEL ACE**
 *Board Certified - Personal Injury & Civil Trial Law
  American Board of Trial Advocates

 *Texas Board of Legal Specialization

www.robertslawfirm.com
mail@robertslawfirm.com





**BRUCE L. ROBERTS**
 *Board Certified - Personal Injury Trial Law

**KAREN R. ROBERTS**

**NICANOR PESINA, JR.**

Tel: (903) 597-6655
Fax: (903) 597-1600

*A Professional Corporation*

## ATTORNEYS AT LAW

118 W. Fourth Street
Tyler, Texas 75701-4000

October 1, 2014

VIA EMAIL

Mr. Drew Marley
Subrogation Adjuster
Liberty Mutual Insurance Company
P.O. Box 9102
Weston, MA 02493

|  | | |
|---|---|---|
| Re: | Claim No. | : WC390-A89478 |
| | Employee | : James R. Burgess |
| | Employer | : Patterson-UTI Drilling Co. |
| | Date of | |
| | Accident | : December 14, 2012 |

Dear Drew:

   This is to advise you that Mr. Thomas (Tom) W. Sheridan has assumed primary responsibility for prosecuting Mr. James R. Burgess's third-party claim.

                              Sincerely,

                              Randell C. Roberts
                              For the Firm

RCR/rlk

cc:    VIA EMAIL

       Mr. Thomas W. Sheridan
       Sheridan & Murray, LLC
       424 Bethlehem Pike, Third Floor
       Fort Washington, PA 19034

# Exhibit "P"

| | |
|---|---|
| **From:** | Randell (Randy) C. Roberts |
| **To:** | Sheridan, Thomas W. |
| **Cc:** | Molly R. Brady |
| **Subject:** | Re: James Burgess |
| **Date:** | Friday, June 27, 2014 7:16:28 PM |
| **Attachments:** | image002.jpg |
| | image003.jpg |

Thanks Tom, and congratulations on your settlement. I will be out of the office on vacation this coming week but I will have Molly schedule a time fir me to call you the week of July 7.


**Randell C. Roberts**

Attorney at Law
Roberts & Roberts
www.robertslawfirm.com
118 W. Fourth St, Tyler, TX 75701
Ph:  (903) 597-6655  | Fax: (903) 597-1600
Board Certified - Personal Injury Trial Law
Texas Board of Legal Specialization
randy@robertslawfirm.com
www.robertslawfirm.com


On Jun 27, 2014, at 6:03 PM, "Sheridan, Thomas W." <tsheridan@sheridanandmurray.com> wrote:

Randy,
thank you for getting back to me on this. Things are going well here. I just settled a case that I worked on with Rodney in the middle of trial.
I would be interested in representing your client. I believe we have the resources and ability to do so.
Please let me know how you wish to proceed.
I sincerely appreciate your offer. I hope all is well with you.
I look forward to hearing from you.
Sincerely, Tom

| | |
|---|---|
| <image002.jpg> | |
| **Thomas W. Sheridan** | **Sheridan & Murray, LLC** |
| *Trial Attorney* | 1600 Market Street, 25th Floor |
| | Philadelphia, PA 19103 |
| tsheridan@sheridanandmurray.com | tel:  (215) 977-9500 |
| http://www.sheridanandmurray.com | fax: (215) 977-9800 |

**From:** Randell (Randy) C. Roberts [mailto:randy@robertslawfirm.com]
**Sent:** Tuesday, June 24, 2014 3:23 PM
**To:** Sheridan, Thomas W.
**Subject:** RE: James Burgess

# Exhibit "Q"

| | |
|---|---|
| **From:** | Randell (Randy) C. Roberts |
| **To:** | Sheridan, Thomas W. |
| **Cc:** | Molly R. Brady |
| **Subject:** | Re: James Burgess |
| **Date:** | Friday, June 27, 2014 7:16:28 PM |
| **Attachments:** | image002.jpg |
| | image003.jpg |

Thanks Tom, and congratulations on your settlement. I will be out of the office on vacation this coming week but I will have Molly schedule a time fir me to call you the week of July 7.

**Randell C. Roberts**

Attorney at Law
Roberts & Roberts
www.robertslawfirm.com
118 W. Fourth St, Tyler, TX 75701
Ph:  (903) 597-6655 | Fax: (903) 597-1600
Board Certified - Personal Injury Trial Law
Texas Board of Legal Specialization
randy@robertslawfirm.com
www.robertslawfirm.com

On Jun 27, 2014, at 6:03 PM, "Sheridan, Thomas W." <tsheridan@sheridanandmurray.com> wrote:

> Randy,
> thank you for getting back to me on this. Things are going well here. I just settled a case that I worked on with Rodney in the middle of trial.
> I would be interested in representing your client. I believe we have the resources and ability to do so.
> Please let me know how you wish to proceed.
> I sincerely appreciate your offer. I hope all is well with you.
> I look forward to hearing from you.
> Sincerely, Tom

| | |
|---|---|
| <image002.jpg> | |
| **Thomas W. Sheridan** | **Sheridan & Murray, LLC** |
| *Trial Attorney* | 1600 Market Street, 25th Floor |
| | Philadelphia, PA 19103 |
| tsheridan@sheridanandmurray.com | tel:  (215) 977-9500 |
| http://www.sheridanandmurray.com | fax: (215) 977-9800 |

**From:** Randell (Randy) C. Roberts [mailto:randy@robertslawfirm.com]
**Sent:** Tuesday, June 24, 2014 3:23 PM
**To:** Sheridan, Thomas W.
**Subject:** RE: James Burgess

# Exhibit "R"

| From: | Molly R. Brady |
|---|---|
| To: | Sheridan, Thomas W. |
| Subject: | James Burgess |
| Date: | Thursday, July 3, 2014 11:06:20 AM |
| Attachments: | image001.jpg |

**Mr. Sheridan,**

**Do you have time available on Tuesday, July 8th or Wednesday, July 9th for a conference call with Mr. Roberts about this matter? If so, just let me know what time works for you (we are CST and I assume any time that you are giving me would be EST, so I will adjust that on our end accordingly) and we will call you.**

**Thanks,**

**Molly R. Brady**
Legal Assistant
118 W. Fourth St. Tyler, TX 75701
Ph: (903) 597-6655 | Fax: (903) 597-1600
molly@robertslawfirm.com

cid:image001.jpg@01CDCE50.B4058AA0



---

**From:** Randell (Randy) C. Roberts
**Sent:** Friday, June 27, 2014 6:16 PM
**To:** Sheridan, Thomas W.
**Cc:** Molly R. Brady
**Subject:** Re: James Burgess

Thanks Tom, and congratulations on your settlement. I will be out of the office on vacation this coming week but I will have Molly schedule a time fir me to call you the week of July 7.

**Randell C. Roberts**
Attorney at Law
Roberts & Roberts
www.robertslawfirm.com
118 W. Fourth St. Tyler, TX 75701
Ph: (903) 597-6655 | Fax: (903) 597-1600
Board Certified - Personal Injury Trial Law
Texas Board of Legal Specialization
randy@robertslawfirm.com
www.robertslawfirm.com

On Jun 27, 2014, at 6:03 PM, "Sheridan, Thomas W." <tsheridan@sheridanandmurray.com> wrote:

Randy,