# EXHIBIT A

## CONTRACT FOR LEGAL SERVICES

I hereby employ **ROBERTS & ROBERTS** ("the law firm") to represent me in a claim for damages arising out of an occurrence on or about ___12-14-2012___ as provided in this contract.

1. **Attorney's Fee:** I hereby assign, convey, and transfer to the law firm a percentage of the total recovery on this claim (or its present value), before any offset, to pay for the law firm's time devoted to prosecuting this claim. This percentage shall be 33.33% if the recovery is obtained before a lawsuit is filed, 40% if the recovery is obtained after a lawsuit is filed, and 45% if the recovery is obtained after a notice of appeal is filed. *If there is no recovery, however, it is agreed that I will not be obligated to pay the law firm for its time devoted to prosecuting this claim.*

2. **Legal Expenses:** I authorize the law firm to incur all reasonable expenses necessary for the prosecution of this claim and to pay these expenses out of my portion of the recovery on this claim, after payment of the attorney's fee. It is understood that these expenses include the cost of court filing fees, subpoenas, depositions, computer research, demonstrative evidence, exhibits, records, reports, transportation, lodging, and the service of other professionals including expert witnesses, consultants, engineers, investigators, property adjusters, medical record reviewers, researchers, court reporters, videographers, photographers, mediators, record retrieval and lien resolution services as well as office expenses directly related to the prosecution of the claim including the cost of long distance telephone calls, document reproduction and delivery. To the extent that other persons have claims as a result of this occurrence, I also authorize the law firm to pay out of my portion of the recovery my proportionate share of the common expenses. Moreover, I authorize the law firm to borrow the funds to pay all authorized legal expenses and advances as they are incurred and to treat the interest on such loans as a legal expense. *If there is no recovery, however, it is agreed that I will not be obligated to pay these expenses.*

3. **Property Adjusting Service:** With respect to any property damage claim which is resolved without filing a lawsuit, it is agreed that the law firm will only charge a property adjusting fee of $250.00 instead of a percentage of the total recovery on this claim. This property adjusting fee will be treated as a legal expense and paid out of my portion of the recovery on the bodily injury claim. If a lawsuit is filed, however, it is agreed that the law firm will be paid a percentage of the total recovery on the property damage claim (instead of the property adjusting fee) and reimbursed for its legal expenses as provided for in this contract.

4. **Health Care Expenses:** I understand that all related health care expenses, if any, will be paid out of my portion of the recovery after payment of the legal expenses and attorney's fee. In this regard, I authorize the law firm to assure the health care providers that their related charges will be paid out of my recovery and I authorize such payments to be made out of my recovery.

5. **Subrogation:** I understand that if I am obligated to reimburse out of the recovery on this claim any health insurance plan, disability insurance plan, or government program (including Medicaid and Medicare) for benefits paid as a result of this occurrence, it will be reimbursed out of my portion of the recovery after payment of the legal expenses and the attorney's fee.

ROBERTS_000001

6. **Association of Counsel and Division of Attorney Fees:**

    (a) I was referred to the law firm by _____ ("the associating attorney") to prosecute my claim. I understand that the law firm and the associating attorney will be assuming joint responsibility for the prosecution of my claim. If a recovery is made on my behalf, the total attorney's fees will be divided between them, based on their assumption of joint responsibility, as follows: 66.66% will be paid to the law firm and 33.33% will be paid to the associating attorney. My signature at the bottom of this contract indicates my understanding and consent to this association and division of the attorney fees. *It is agreed, however, that this will not increase the total attorney fees to be paid out of any recovery on this claim.*

    (b) I agree that the law firm may associate additional attorneys to assist in prosecuting this claim. *It is agreed, however, that the association of additional attorneys will not increase the total attorney fees to be paid out of any recovery on this claim.*

7. **Multiple Representation:** I request that the law firm represent all clients signing this or a similar contract with the law firm as a result of this occurrence. I understand the possible problems involved in the law firm representing multiple clients who may have differing interests (such as how any settlement money should be allocated among the clients). I realize that the law firm must act impartially as to all of us and that it cannot serve as an advocate for one of us against any of the others. I am willing to make independent decisions without the law firm's advice to resolve issues that arise among us. This includes deciding how money is to be allocated among us without any advice from the law firm. Knowing the possible conflict of interest, I consent to this multiple representation and I request that the law firm represent all of us.

8. **Special Power of Attorney:** It is agreed that my claim will not be settled without my consent. I do, however, authorize the law firm to endorse my name to all settlement as well as benefit checks and to deposit them in a trust account to expedite disbursement of these funds in a timely manner. Moreover, I authorize the law firm to endorse my name to all authorizations required for the release of information related to my claim.

9. **Termination:** It is agreed that this contract terminates upon the effectuation of a complete settlement of this claim, the entry of a final judgment by a trial court denying any recovery on this claim, or by mutual agreement. This contract may also be unilaterally terminated by me for good cause. Similarly, it may also be unilaterally terminated by the law firm if it becomes uneconomical for the law firm to prosecute this claim, if I fail to always provide the law firm with my current contact information, or for other good cause.

10. **Date:** This contract for legal services is entered into on __01 - 31 - 2013__.

NAME: *James Richard Burgen*
By *Kay Burgen*
NAME: _____

ACCEPTED:
ROBERTS & ROBERTS
BY: _____

ROBERTS_000002

## CONTRACT FOR LEGAL SERVICES

I hereby employ **ROBERTS & ROBERTS** ("the law firm") to represent ~~me~~ James Richard Burgess in a claim for damages arising out of an occurrence on or about _12-14-2012_ as provided in this contract.

1. **Attorney's Fee:** I hereby assign, convey, and transfer to the law firm a percentage of the total recovery on this claim (or its present value), before any offset, to pay for the law firm's time devoted to prosecuting this claim. This percentage shall be 33.33% if the recovery is obtained before a lawsuit is filed, 40% if the recovery is obtained after a lawsuit is filed, and 45% if the recovery is obtained after a notice of appeal is filed. *If there is no recovery, however, it is agreed that I will not be obligated to pay the law firm for its time devoted to prosecuting this claim.*

2. **Legal Expenses:** I authorize the law firm to incur all reasonable expenses necessary for the prosecution of this claim and to pay these expenses out of my portion of the recovery on this claim, after payment of the attorney's fee. It is understood that these expenses include the cost of court filing fees, subpoenas, depositions, computer research, demonstrative evidence, exhibits, records, reports, transportation, lodging, and the service of other professionals including expert witnesses, consultants, engineers, investigators, property adjusters, medical record reviewers, researchers, court reporters, videographers, photographers, mediators, record retrieval and lien resolution services as well as office expenses directly related to the prosecution of the claim including the cost of long distance telephone calls, document reproduction and delivery. To the extent that other persons have claims as a result of this occurrence, I also authorize the law firm to pay out of my portion of the recovery my proportionate share of the common expenses. Moreover, I authorize the law firm to borrow the funds to pay all authorized legal expenses and advances as they are incurred and to treat the interest on such loans as a legal expense. *If there is no recovery, however, it is agreed that I will not be obligated to pay these expenses.*

3. **Property Adjusting Service:** With respect to any property damage claim which is resolved without filing a lawsuit, it is agreed that the law firm will only charge a property adjusting fee of $250.00 instead of a percentage of the total recovery on this claim. This property adjusting fee will be treated as a legal expense and paid out of my portion of the recovery on the bodily injury claim. If a lawsuit is filed, however, it is agreed that the law firm will be paid a percentage of the total recovery on the property damage claim (instead of the property adjusting fee) and reimbursed for its legal expenses as provided for in this contract.

4. **Health Care Expenses:** I understand that all related health care expenses, if any, will be paid out of my portion of the recovery after payment of the legal expenses and attorney's fee. In this regard, I authorize the law firm to assure the health care providers that their related charges will be paid out of my recovery and I authorize such payments to be made out of my recovery.

5. **Subrogation:** I understand that if I am obligated to reimburse out of the recovery on this claim any health insurance plan, disability insurance plan, or government program (including Medicaid and Medicare) for benefits paid as a result of this occurrence, it will be reimbursed out of my portion of the recovery after payment of the legal expenses and the attorney's fee.

ROBERTS_000003

6. **Association of Counsel and Division of Attorney Fees:**

    (a) I was referred to the law firm by _____ ("the associating attorney") to prosecute my claim. I understand that the law firm and the associating attorney will be assuming joint responsibility for the prosecution of my claim. If a recovery is made on my behalf, the total attorney's fees will be divided between them, based on their assumption of joint responsibility, as follows: 66.66% will be paid to the law firm and 33.33% will be paid to the associating attorney. My signature at the bottom of this contract indicates my understanding and consent to this association and division of the attorney fees. *It is agreed, however, that this will not increase the total attorney fees to be paid out of any recovery on this claim.*

    (b) I agree that the law firm may associate additional attorneys to assist in prosecuting this claim. *It is agreed, however, that the association of additional attorneys will not increase the total attorney fees to be paid out of any recovery on this claim.*

7. **Multiple Representation**: I request that the law firm represent all clients signing this or a similar contract with the law firm as a result of this occurrence. I understand the possible problems involved in the law firm representing multiple clients who may have differing interests (such as how any settlement money should be allocated among the clients). I realize that the law firm must act impartially as to all of us and that it cannot serve as an advocate for one of us against any of the others. I am willing to make independent decisions without the law firm's advice to resolve issues that arise among us. This includes deciding how money is to be allocated among us without any advice from the law firm. Knowing the possible conflict of interest, I consent to this multiple representation and I request that the law firm represent all of us.

8. **Special Power of Attorney**: It is agreed that my claim will not be settled without my consent. I do, however, authorize the law firm to endorse my name to all settlement as well as benefit checks and to deposit them in a trust account to expedite disbursement of these funds in a timely manner. Moreover, I authorize the law firm to endorse my name to all authorizations required for the release of information related to my claim.

9. **Termination**: It is agreed that this contract terminates upon the effectuation of a complete settlement of this claim, the entry of a final judgment by a trial court denying any recovery on this claim, or by mutual agreement. This contract may also be unilaterally terminated by me for good cause. Similarly, it may also be unilaterally terminated by the law firm if it becomes uneconomical for the law firm to prosecute this claim, if I fail to always provide the law firm with my current contact information, or for other good cause.

10. **Date:** This contract for legal services is entered into on _____03-19-13_____.

NAME: X Kay Burgin

NAME: _____

ACCEPTED:
ROBERTS & ROBERTS
BY: _____

ROBERTS_000004