# EXHIBIT B

**From:** Sheridan, Thomas W. <tsheridan@sheridanandmurray.com>
**Sent:** Friday, November 15, 2013 1:18 PM
**To:** Randell (Randy) C. Roberts <randy@robertslawfirm.com>
**Subject:** Hello

Randy,

I hope all is well.

I enjoyed meeting you at the AHA seminar with Rodney in Napa.

I wanted to follow up with you regarding the Pennsylvania accident case that we discussed. I apologize for my delay in reaching out to you, but I just finished a trial here in Philadelphia.

Please give me a call to discuss the case or feel free to email me the information if you would like me to review.

Sincerely, Tom



| **Thomas W. Sheridan** | **Sheridan & Murray, LLC** |
| --- | --- |
| *Trial Attorney* | 1600 Market Street, 25th Floor |
| | Philadelphia, PA 19103 |
| tsheridan@sheridanandmurray.com | tel: (215) 977-9500 |
| http://www.sheridanandmurray.com | fax: (215) 977-9800 |