# EXHIBIT C

**From:** Sheridan, Thomas W. <tsheridan@sheridanandmurray.com>
**Sent:** Friday, February 7, 2014 12:48 PM
**To:** Randell (Randy) C. Roberts <randy@robertslawfirm.com>
**Subject:** RE: James Burgess

Randy,
sorry for my delay in responding. I have been tied up all week in mediation in a false claims act qui tam case.
I would like to talk to you about this case some more and investigate it further.
Do you have time to talk when you return from visiting Rodney?
Please feel free to call me on my cell phone over the weekend if you wish to discuss anything regarding preparation for your work session with Rodney 215-704-7730
thanks,
Tom



| | |
|---|---|
| **Thomas W. Sheridan**  *Trial Attorney* | **Sheridan & Murray, LLC**  1600 Market Street, 25th Floor  Philadelphia, PA 19103 |
| tsheridan@sheridanandmurray.com  http://www.sheridanandmurray.com | tel: (215) 977-9500  fax: (215) 977-9800 |

**From:** Randell (Randy) C. Roberts [mailto:randy@robertslawfirm.com]
**Sent:** Tuesday, February 04, 2014 7:03 PM
**To:** Sheridan, Thomas W.
**Subject:** RE: James Burgess

Hi Jim,
        I know you are busy. Just let me know when you have concluded that there is nothing you can do at the current time to help Mr. Burgess. Thanks --- Randy

….Btw, I am heading out to consult with Rodney next week.


**Randell (Randy) C. Roberts**
Attorney at Law
118 W. Fourth St. Tyler, TX 75701
Ph:  (903) 597-6655 | Fax: (903) 597-1600
Board Certified - Personal Injury Trial Law
Texas Board of Legal Specialization



**From:** Randell (Randy) C. Roberts
**Sent:** Friday, December 20, 2013 12:07 PM
**To:** 'Sheridan, Thomas W.'
**Subject:** RE: James Burgess

As promised, attached is the etrans of the depo of the employer's safety investigator. Have a Merry Christmas. --- Randy

**Randell (Randy) C. Roberts**
Attorney at Law
118 W. Fourth St. Tyler, TX 75701
Ph:  (903) 597-6655  | Fax: (903) 597-1600
Board Certified - Personal Injury Trial Law
Texas Board of Legal Specialization



**From:** Randell (Randy) C. Roberts
**Sent:** Tuesday, December 10, 2013 10:37 AM
**To:** 'Sheridan, Thomas W.'
**Subject:** James Burgess

Tom,
   Attached are the reports from my investigator in Texas. I am still waiting on the transcript of the employer's investigator's deposition. --- Randy

**Randell (Randy) C. Roberts**
Attorney at Law
118 W. Fourth St. Tyler, TX 75701
Ph:  (903) 597-6655  | Fax: (903) 597-1600
Board Certified - Personal Injury Trial Law
Texas Board of Legal Specialization



**From:** Molly R. Brady
**Sent:** Tuesday, December 10, 2013 10:34 AM

**To:** Randell (Randy) C. Roberts
**Subject:** James Burgess


CONFIDENTIALITY NOTICE: The messages contained in this email, including any and all accompanying attachments, are for the sole use of the intended recipient(s), are confidential, and may be privileged. If you have received this email in error, you are hereby notified that any use, dissemination, distribution, or reproduction of this transmission is prohibited. If you are not the intended recipient, please destroy all copies of the original transmission and contact the sender by calling 903-597-6655 immediately.

ROBERTS_000008