# EXHIBIT E



Thomas W. Sheridan
Direct Email: tsheridan@sheridanandmurray.com

Admitted to PA & NJ Bars

September 11, 2014

Randell C. Roberts, Esquire
Roberts & Roberts
118 West Fourth Street
Tyler, TX 75701

  RE: Referral: James Richard Burgess
     Referral: Kay Sharon Burgess, Wife
     160 VZ CR 2724
     Mabank, TX 75147

Dear Randy:

  I am writing to acknowledge acceptance of your referral to our firm of Mr. and Mrs. Burgess. This letter will also confirm that our firm will pay you a referral fee in the amount of forty percent (40%) of the gross attorney's fee recovered by Sheridan & Murray for its representation of both Mr. and Mrs. Burgess.

  I sincerely appreciate the confidence you have demonstrated in me and my firm by referring us these matters. Please feel free to contact me at any time for an update. I would also appreciate it if you would send me the contents of your file and confirm the amount of costs expended by your firm to date on this matter.

  Should you have any questions or wish to discuss this further, please do not hesitate to contact me.

           Sincerely,

           *Thomas W. Sheridan*

           THOMAS W. SHERIDAN

TWS/kds

PH: 215.977.9500
FX: 215.977.9800

SheridanAndMurray.com

Mailing address | 424 S. Bethlehem Pike, Third Floor
Fort Washington, PA 19034

Philadelphia office | 1845 Walnut Street, 21st Floor
Philadelphia, PA 19103

ROBERTS_000019