# EXHIBIT I



ROBERTS_000035