# EXHIBIT K

Case 2:19-cv-00467-JDW   Document 12-12   Filed 05/28/19   Page 2 of 7




- Menu
- Search (/thelegalintelligencer/search/)

**POWERED BY LAW.COM (/)**



Publications (/publications/)  Law Topics (/topics/)  Surveys & Rankings (/rankings/)  Cases & Verdicts  People & Community

News (/thelegalintelligencer/news/)

# Companies Settle With Paralyzed Oilfield Worker for $44M

An oilfield worker who was rendered quadriplegic after a light fixture improperly attached to an oil derrick fell more than 100 feet onto his head has settled his claims against five companies for a total of $44 million.

By **Max Mitchell (/author/profile/Max-Mitchell/)**  |  November 27, 2018 at 04:42 PM



*(Photo: TebNad – Fotolia)*

An oilfield worker who was rendered quadriplegic after a light fixture improperly attached to an oil derrick fell more than 100 feet onto his head has settled his claims against five companies for a total of $44 million.

The multimillion-dollar award is meant to compensate the injured plaintiff, James Burgess, and his wife, Kay Sharon Burgess, who live in rural Texas. The case, which was filed in the Philadelphia Court of Common Pleas, came to a settlement after two days of mediation before retired federal magistrate Judge Diane Welsh.

**Trending Stories**

1  **Forget Prom. This 16-Year-Old Is Headed to Law School (https://www.law.com/texaslawyer/...prom-this-16-year-old-is-headed-to-law-school/)**
   TEXAS LAWYER (/TEXASLAWYER/)

2  **Profits Per Partner Hit $5 Million at Paul Weiss, Redefining Richest Tier (https://www.law.com/americanlawyer/...per-partner-hit-5-million-at-paul-weiss-redefining-richest-tier/)**
   THE AMERICAN LAWYER (/AMERICANLAWYER/)

3  **Willkie's Caplan Looks to Big Law to Represent Him in College Admissions Case (https://www.law.com/americanlawyer/...loughlin-and-felicity-huffman-hire-big-law-defenders-in-college-fraud-case-405-33610/)**
   THE AMERICAN LAWYER (/AMERICANLAWYER/)

4  **Lori Loughlin and Felicity Huffman Hire Big Law Defenders in College Fraud Case (https://www.law.com/nationallawjournal/...loughlin-and-felicity-huffman-hire-big-law-defenders-in-college-fraud-case/)**

ROBERTS_000037

"Mrs. Burgess's loss of consortium claim was probably the most significant consortium claim anyone in the case had ever encountered," Sheridan & Murray attorney Thomas Sheridan, who represented the Burgesses, said. "Her husband is in a hospital over 90 miles away from her house. She drove to the hospital every day for the last six years to see her husband."

According to court papers, James Burgess was working on a drill rig owned and operated by Patterson Drilling Services in December 2012. A four-foot LED light designed by Dialight fell 103 feet onto Burgess' head, causing a neck fracture that compressed his spinal cord and rendered him permanently quadriplegic.

The Burgesses sued Dialight, which designed and marketed the light; National Oilwell Varco, which designed and manufactured the rig's component parts; Clark Electrical Contractors, the company that installed the light; Cabot Petroleum North Sea Ltd., which owned the mineral rights of the oil; and Patterson.

According to Burgess' pretrial memo, Dialight did not manufacture the light for use on drill rigs, but the company still marketed the lights to the oil and gas industry for use on rigs. Specifically, the memo said the fixtures lacked anchors that would allow it to be properly attached to safety cables.

Burgess also contended that Clark Electrical Contractors knew the lights were not designed for use on oil drills, but installed them anyway, without the proper safety cables. Burgess' memo further contended that National Oilwell Varco, which made the rig, should have included warning signs or instructions saying that all light fixtures needed to be secured to the drill rig with safety cables for secondary retention.

Patterson, Burgess argued in his memo, also failed to perform safety inspections that would have found that the lights were not properly affixed to the rig. He further alleged that two inspection reports falsified information by certifying that safety cables had been installed, even though they had not been.

Burgess' memo also noted that about 90 minutes before the accident, the electrician who installed the lights noticed one had been knocked loose and was hanging from its power cable. A worker from Cabot stopped work on the rig and the light was removed, the memo said. Burgess contended that, since the loose light had not been attached with a safety cable, Cabot should have done a full inspection of the lights.

The Burgesses raised strict liability and negligence claims against the defendants.

According to court papers, all defendants contested liability.

Clark contended that the other defendants were comparatively at fault, and that the company owed no duty of care to Burgess. National Oilwell Varco contended it had no knowledge about the allegedly defective light, and that improperly attaching the light was the superseding cause of the accident.

Dialight, according to court papers, denied that the product was defective, and contended there was comparative negligence on behalf of the other parties. Cabot denied that it owned, or controlled the drilling site, and argued that Burgess' suit was barred under the statutory employer doctrine. Patterson also raised the statutory employer defense, and contended that Burgess had assumed the risk.

NATIONAL LAW JOURNAL (/NATIONALLAWJOURNAL/)

5 'I Don't Want My Client to Be Blindsided': Executives and Their Lawyers Brace for Rep. Katie Porter's Questions (https://www.law.com/nation want-my-client-to-be-blindsided-executives-and-their-lawyers-brace-for-rep-katie-porters-questions/)

NATIONAL LAW JOURNAL (/NATIONALLAWJOURNAL/)





ROBERTS_000038

Sheridan, who handled the case with Neil Murray and Frank Mangiaracina, said that, with multiple theories of liability and considerations stemming from the Fair Share Act, the case was extremely complex.

With the defendants pushing to have the case handled in Susquehanna County, venue was also hotly disputed, Sheridan said, adding that discovery was also so contested the court appointed former Philadelphia Judge Mark Bernstein as a special master to handle discovery disputes.

"The saddest aspect of the case is that this industrial accident was entirely preventable," Sheridan said.

James Doherty of Scanlon, Howley & Doherty, who represented Clark, did not return a call for comment. Dialight was represented by White and Williams attorney Robert Devine, who also did not return a call for comment. Jackson Kelly attorney Michael Leahey represented Cabot. He referred comment to the company's in-house attorney, Cole DeLancey, who also did not return a call for comment.

When reached for comment, Andrew Weinstock of Duplass Zwain Bourgeois Pfister Weinstock & Bogart, who represented National Oilwell Varco, said, "NOV did not sell, design, manufacture or install the allegedly defective product. NOV reached the settlement to avoid continuing litigation expenses."

SHARE ON FACEBOOK    SHARE ON TWITTER

### Max Mitchell

Max Mitchell is a reporter with The Legal Intelligencer, focusing on litigation in Pennsylvania with a specific emphasis on Philadelphia courts. Follow him on Twitter @MMitchellTLI.

 ( /author/profile/Max-Mitchell/)

More from this author → (/author/profile/Max-Mitchell/)

### Dig Deeper

Civil Procedure (/topics/civil-procedure/)    Land Use and Planning (/topics/land-use-and-planning/)

Manufacturing (/topics/manufacturing/)    Mining and Resources (/topics/mining-and-resources/)

### Law Firms Mentioned

**Jackson, Kelly, Holt & OFarrell (/search/?q=Jackson%2C+Kelly%**

ROBERTS_000039

2C+Holt+%26amp%3B+O%27Farrell&Submit=Search&source=

**White and Williams (/search/?q=White+and+Williams&Submit=S**

LEAN ADVISER LEGAL (/LEAN-ADVISER/STATIC/LEAN-ADVISER/?CMP=LARMLDC)

### Think Lean Daily Message

" If you want to be a lean lawyer, and practice law the way clients want, try bringing these three traits in to the office every day. They wil… "

**Learn More (/lean-adviser/static/lean-adviser/?cmp=LARMLDC)**

---

## Recommended Stories

### Special Section: Products Liability, Mass Torts & Class Action (https://www.law.com/thelegalintelligencer/2019/01/28/special-section-products-liability-mass-torts-class-action/)



THE LEGAL INTELLIGENCER | JANUARY 28, 2019

In The Legal's Products Liability, Mass Torts & Class Action, read about economic loss after Dittman, 5-year-old Tincher and what to do when automobile safety features just don't work.

**CORPORATE COUNSEL (HTTPS://WWW.LAW.COM/CORPCOUNSEL/)**

### Instagram, Social Media Platforms Face New Regulatory Challenges With Fintech Expansions (https://www.law.com/thelegalintelligencer/2019/03/20/instagram-social-media-platforms-face-new-regulatory-challenges-with-fintech-expansions/)



CAROLINE SPIEZIO (HTTPS://WWW.LAW.COM/CORPCOUNSEL/AUTHOR/PROFILE/CAROLINE-SPIEZIO/) | MARCH 20, 2019

As more social media platforms implement fintech, in-house counsel's regulatory challenges grow. Lawyers said it's best to start a compliance plan early.

## Featured Firms

**Tracey & Fox**
440 LOUISIANA STREET SUITE 1901
HOUSTON, TX 77002
713-495-2333
www.traceylawfirm.com (https://www.traceylawfirm.com/hous

  Presented by BigV

ROBERTS_000040

**Dilworth Grows Zoning, Land Use Practice With Ballard Partner (https://www.law.com/thelegalintelligencer/2019/02/06/dilworth-grows-zoning-land-use-practice-with-ballard-partner/)**


(https://www.law.com/thelegalintelligencer/2019/02/06/dilworth-grows-zoning-land-use-practice-with-ballard-partner/)

LIZZY MCLELLAN (/AUTHOR/PROFILE/LIZZY-MCLELLAN/) | FEBRUARY 06, 2019

Dilworth Paxson continues to add to its land use and zoning practice, bringing on longtime Ballard Spahr lawyer Neil Sklaroff.

## More from ALM

CLE Center | Legal Compass | Events | Webcasts | Lawjobs | Professional Announcements

### Premium Subscription

With this subscription you will receive unlimited access to high quality, online, on-demand premium content from well-respected faculty in the legal industry. This is perfect for attorneys licensed in multiple jurisdictions or for attorneys that have fulfilled their CLE requirement but need to access resourceful information for their practice areas.

View Now (http://clecenter.com/Program/Premium.aspx)

### Team Accounts

Our Team Account subscription service is for legal teams of four or more attorneys. Each attorney is granted unlimited access to high quality, on-demand premium content from well-respected faculty in the legal industry along with administrative access to easily manage CLE for the entire team.

View Now (http://clecenter.com/CleForFirm/Default.aspx)

### Bundle Subscriptions

Gain access to some of the most knowledgeable and experienced attorneys with our 2 bundle options! Our Compliance bundles are curated by CLE Counselors and include current legal topics and challenges within the industry. Our second option allows you to build your bundle and strategically select the content that pertains to your needs. Both options are priced the same.

View Now (http://clecenter.com/Default.aspx)

**CLE Center → (http://clecenter.com)**

**ALM Legal Publication Newsletters**

## Sign Up Today and Never Miss Another Story.

As part of your digital membership, you can sign up for an unlimited number of a wide range of complimentary newsletters. Visit your My Account (https://store.law.com/registration/login.aspx?promoCode=PA) page to make your selections. Get the timely legal news and critical analysis you cannot afford to miss. Tailored just for you. In your inbox. Every day.

Subscribe Now (https://store.law.com/registration/login.aspx?promoCode=PA)

Privacy Policy (https://www.alm.com/privacy-policy-new/)

The Legal Intelligencer (/thelegalintelligencer/)

Publications (/publications/)  /  Law Topics (/topics/)  /  Surveys & Rankings (/thelegalintelligencer/../rankings/)  /  Cases & Verdicts (/thelegalintelligencer/...)  /  People & Community (/thelegalintelligencer//)  /  Public Notices & Classifieds (/thelegalintelligencer/public-notices/)  /  Legal Newswire (/legalnews...)  /  Lean Adviser (/lean-adviser/static/lean-adviser/?cmp=LANBLDC)  /  All Sections (/thelegalintelligencer/sitemap/)

About The Legal Intelligencer (/thelegalintelligencer/static/about-us/)  /  Place a Classified (/thelegalintelligencer/static/place-a-classified/)  /  Contact Us (/thelegalintelligencer/static/con...)  /  Site Map (/thelegalintelligencer/sitemap/)  /  Advertise With Us (/static/advertise-with-us/)  /  Customer Care (https://www.alm.com/contact-us/)  /  Terms of Service (https://www.alm.com/terms-of-use/)  /  FAQ (https://store.law.com/Registration/myAccount.aspx?promoCode=lc#/Help)  /  Privacy Policy (https://www.alm.com/privacy-policy-new)

ROBERTS_000041

(/)

**FOLLOW US**   (https://www.facebook.com/LawdotcomALM/)   (https://twitter.com/lawdotcom)   (https://www.linkedin.com/company/law-com/)

(http://feeds.feedblitz.com/law/legal-news/)

| Publications | Law Topics | Rankings | More | Law.com |
|---|---|---|---|---|
| The American Lawyer (/americanlawyer/) | Litigation (/topics/litigation/) | Am Law 100 (/americanlawyer/rankings/the-2018-am-law-100-1/) | Events (/events/) | About Us (/static/about-us) |
| Corporate Counsel (/corpcounsel/) | Deals and Transactions (/topics/deals-and-transactions/) | Am Law 200 (/americanlawyer/rankings/the-2018-am-law-200--the-american-lawyer/) | Legal Compass (https://www.alm.com/intelligence/solutions-we-provide/business-of-law-solutions/legal-compass/) | Contact Us (/static/contact) |
| National Law Journal (/nationallawjournal/) | Law Firm Management (/topics/law-firm-management/) | | | Site Map (/sitemap/) |
| New York Law Journal (/newyorklawjournal/) | Legal Practice Management (/topics/legal-practice-management/) | Global 100 (/americanlawyer/rankings/global-100/) | Editorial Calendar (/editorial-calendar/) | Advertise With Us (/static/advertise-with-us/) |
| New Jersey Law Journal (/njlawjournal/) | Cybersecurity (/topics/cybersecurity/) | National Law Journal 500 (/nationallawjournal/rankings/the-nlj-500/) | Briefings (/static/briefings/) | Customer Support (https://www.alm.com/contact) |
| The Recorder (/therecorder/) | Intellectual Property (/topics/intellectual-property/) | | Legal Dictionary (https://dictionary.law.com/) | Terms of Service (https://www.alm.com/terms) |
| More Publications › (/publications/) | More Law Topics › (/topics/) | | Lawjobs.com (http://lawjobs.com/) | FAQ (/sites/almstaff/2017/10/20/frequently-asked-questions/) |
| | | Pro Bono Scorecard (/americanlawyer/rankings/pro-bono/) | Law Firms (/law-firms/) | |
| | | The A-List (/americanlawyer/rankings/a-list/) | Law Schools (/topics/legal-education/) | Privacy Policy (https://www.alm.com/privacy-new/) |
| | | More Rankings › (/rankings/) | | |

Copyright © 2019 ALM Media Properties, LLC. All Rights Reserved.

ROBERTS_000042