# EXHIBIT N

**From:** Sheridan, Thomas W. <tsheridan@sheridanandmurray.com>
**Sent:** Tuesday, December 3, 2013 9:57 AM
**To:** Randell (Randy) C. Roberts <randy@robertslawfirm.com>
**Subject:** RE: Hello

Great



**Thomas W. Sheridan**
*Trial Attorney*

tsheridan@sheridanandmurray.com
http://www.sheridanandmurray.com

**Sheridan & Murray, LLC**
1600 Market Street, 25th Floor
Philadelphia, PA 19103

tel: (215) 977-9500
fax: (215) 977-9800

**From:** Randell (Randy) C. Roberts [mailto:randy@robertslawfirm.com]
**Sent:** Tuesday, December 03, 2013 10:58 AM
**To:** Sheridan, Thomas W.
**Cc:** Molly R. Brady; Rhonda Krisle
**Subject:** RE: Hello

Yes; I will call you at 2:30 EST today.

**Randell (Randy) C. Roberts**
Attorney at Law
118 W. Fourth St. Tyler, TX 75701
Ph:  (903) 597-6655  | Fax: (903) 597-1600
Board Certified - Personal Injury Trial Law
Texas Board of Legal Specialization



**From:** Sheridan, Thomas W. [mailto:tsheridan@sheridanandmurray.com]
**Sent:** Tuesday, December 03, 2013 9:54 AM
**To:** Randell (Randy) C. Roberts
**Subject:** RE: Hello

Randy,
would 2:30 PM EST work for you today for a call?
Please let me know. Thank you, Tom



**Thomas W. Sheridan**
*Trial Attorney*

tsheridan@sheridanandmurray.com
http://www.sheridanandmurray.com

**Sheridan & Murray, LLC**
1600 Market Street, 25th Floor
Philadelphia, PA 19103

tel: (215) 977-9500
fax: (215) 977-9800

**From:** Randell (Randy) C. Roberts [mailto:randy@robertslawfirm.com]
**Sent:** Tuesday, December 03, 2013 10:31 AM
**To:** Sheridan, Thomas W.
**Subject:** RE: Hello

Tom,

When would be a good time for me to call you this week? The facts are fairly simple, and I think I can lay them out in a short conversation with you. As you may recall, the real barrier to making my client's claim economically viable is the intransigence of the workers' compensation subrogation interest.

By way of background, I am attaching a report from my local investigator in Pennsylvania. The heart of the investigation, however, was conducted by telephone by my investigator in Texas and his report is quite lengthy. At this point, I think I can summarize the key liability facts for you in our anticipated telephone conference. Thanks again for getting back to me and I look forward to talking to you at your convenience.. – Randy

**Randell (Randy) C. Roberts**
Attorney at Law
118 W. Fourth St. Tyler, TX 75701
Ph: (903) 597-6655 | Fax: (903) 597-1600
Board Certified - Personal Injury Trial Law
Texas Board of Legal Specialization



**From:** Sheridan, Thomas W. [mailto:tsheridan@sheridanandmurray.com]
**Sent:** Wednesday, November 27, 2013 1:58 PM
**To:** Randell (Randy) C. Roberts
**Subject:** RE: Hello

Randy
Thanks.
I look forward to hearing from you.
Happy Thanksgiving! Tom



| **Thomas W. Sheridan** | **Sheridan & Murray, LLC** |
| --- | --- |
| *Trial Attorney* | 1600 Market Street, 25th Floor |
| | Philadelphia, PA 19103 |
| tsheridan@sheridanandmurray.com | tel: (215) 977-9500 |
| http://www.sheridanandmurray.com | fax: (215) 977-9800 |

**From:** Randell (Randy) C. Roberts [mailto:randy@robertslawfirm.com]
**Sent:** Wednesday, November 27, 2013 1:16 PM
**To:** Sheridan, Thomas W.
**Subject:** RE: Hello

I haven't forgotten you Tom. I hope to get back to you next week. Happy Thanksgiving --- Randy

**Randell (Randy) C. Roberts**
Attorney at Law
118 W. Fourth St. Tyler, TX 75701
Ph: (903) 597-6655 | Fax: (903) 597-1600
Board Certified - Personal Injury Trial Law
Texas Board of Legal Specialization



**From:** Randell (Randy) C. Roberts
**Sent:** Friday, November 15, 2013 8:42 PM
**To:** 'Sheridan, Thomas W.'
**Subject:** RE: Hello

Hi Tom, and its good to hear from you. I will email some information on that case to you later next week, and then we can talk. It would be great if you could help my client. --- Randy

**Randell (Randy) C. Roberts**
Attorney at Law
118 W. Fourth St.
Tyler, Texas 75701
Ph: (903) 597-6655 | Fax: (903) 597-1600
Board Certified - Personal Injury Trial Law
Texas Board of Legal Specialization
randy@robertslawfirm.com
www.robertslawfirm.com

**From:** Sheridan, Thomas W. [mailto:tsheridan@sheridanandmurray.com]
**Sent:** Friday, November 15, 2013 1:18 PM
**To:** Randell (Randy) C. Roberts
**Subject:** Hello

Randy,
I hope all is well.
I enjoyed meeting you at the AHA seminar with Rodney in Napa.
I wanted to follow up with you regarding the Pennsylvania accident case that we discussed. I apologize for my delay in reaching out to you, but I just finished a trial here in Philadelphia.
Please give me a call to discuss the case or feel free to email me the information if you would like me to review.
Sincerely, Tom



Thomas W. Sheridan                                        Sheridan & Murray, LLC

| | |
|---|---|
| *Trial Attorney* | 1600 Market Street, 25th Floor<br>Philadelphia, PA 19103 |
| tsheridan@sheridanandmurray.com<br>http://www.sheridanandmurray.com | tel: (215) 977-9500<br>fax: (215) 977-9800 |

CONFIDENTIALITY NOTICE: The messages contained in this email, including any and all accompanying attachments, are for the sole use of the intended recipient(s), are confidential, and may be privileged. If you have received this email in error, you are hereby notified that any use, dissemination, distribution, or reproduction of this transmission is prohibited. If you are not the intended recipient, please destroy all copies of the original transmission and contact the sender by calling 903-597-6655 immediately.

CONFIDENTIALITY NOTICE: The messages contained in this email, including any and all accompanying attachments, are for the sole use of the intended recipient(s), are confidential, and may be privileged. If you have received this email in error, you are hereby notified that any use, dissemination, distribution, or reproduction of this transmission is prohibited. If you are not the intended recipient, please destroy all copies of the original transmission and contact the sender by calling 903-597-6655 immediately.

CONFIDENTIALITY NOTICE: The messages contained in this email, including any and all accompanying attachments, are for the sole use of the intended recipient(s), are confidential, and may be privileged. If you have received this email in error, you are hereby notified that any use, dissemination, distribution, or reproduction of this transmission is prohibited. If you are not the intended recipient, please destroy all copies of the original transmission and contact the sender by calling 903-597-6655 immediately.

ROBERTS_000068