IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SHERIDAN AND MURRAY, LLC** and **THOMAS W. SHERIDAN**, *Plaintiffs* <br><br> v. <br><br> **ROBERTS AND ROBERTS**, and **RANDELL C. ROBERTS**, *Defendants* | CIVIL ACTION <br><br> Case No. 2:19-cv-00467-JDW |

## ORDER

**AND NOW**, on this 14th day of August, 2019, upon consideration of the Defendants' Motion to Dismiss for Lack of Personal Jurisdiction, or in the Alternative, to Transfer Venue (ECF No. 9), it is hereby **ORDERED** that said motion is **GRANTED IN PART** and **DENIED IN PART**, as outlined in the accompanying Memorandum.

It is **FURTHER ORDERED** that the claims against Defendant Randell Roberts are **DISMISSED** for lack of personal jurisdiction.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.