# EXHIBIT A



Thomas W. Sheridan
Direct Email: tsheridan@sheridanandmurray.com

Admitted to PA & NJ Bars

September 11, 2014

Randell C. Roberts, Esquire
Roberts & Roberts
118 West Fourth Street
Tyler, TX 75701

   RE: Referral:  James Richard Burgess
      Referral:  Kay Sharon Burgess, Wife
      160 VZ CR 2724
      Mabank, TX 75147

Dear Randy:

  I am writing to acknowledge acceptance of your referral to our firm of Mr. and Mrs. Burgess. This letter will also confirm that our firm will pay you a referral fee in the amount of forty percent (40%) of the gross attorney's fee recovered by Sheridan & Murray for its representation of both Mr. and Mrs. Burgess.

  I sincerely appreciate the confidence you have demonstrated in me and my firm by referring us these matters.  Please feel free to contact me at any time for an update.  I would also appreciate it if you would send me the contents of your file and confirm the amount of costs expended by your firm to date on this matter.

  Should you have any questions or wish to discuss this further, please do not hesitate to contact me.

           Sincerely,

           *Thomas W. Sheridan*

           THOMAS W. SHERIDAN

TWS/kds

PH: 215.977.9500
FX: 215.977.9800

SheridanAndMurray.com

Mailing address | 424 S. Bethlehem Pike, Third Floor
Fort Washington, PA 19034

Philadelphia office | 1845 Walnut Street, 21st Floor
Philadelphia, PA 19103

ROBERTS_000019

## CONSENT TO REFER

I have executed a Contract for Legal Services retaining Roberts & Roberts in my personal injury claim. Roberts & Roberts has recommended that I be referred to Sheridan & Murray for possible prosecution of this claim. I consent to this referral. It is further agreed and understood that:

(a) this referral will not increase the total attorney fees owed by me;

(b) Roberts & Roberts will have joint responsibility for my representation with Sheridan & Murray;

(c) if a recovery is made on my behalf, of the total attorney's fee provided for under the aforementioned Contract for Legal Services, (40%) will be paid to Roberts & Roberts and (60%) will be paid to Sheridan & Murray; and

(d) if Sheridan & Murray declines to prosecute my claim, my aforementioned Contract for Legal Services with Roberts & Roberts as well as Roberts & Roberts' representation of me and related responsibilities shall be considered terminated at that time as well.

This Consent to Refer is entered into on 09-16-2014 and approved below by:

_[signature]_
Roberts & Roberts

_James Richard Burgen_
Client
By Kay Burgen
under power of Attorney

## CONSENT TO REFER

I have executed a Contract for Legal Services retaining Roberts & Roberts in my loss of consortium claim. Roberts & Roberts has recommended that I be referred to Sheridan & Murray for possible prosecution of this claim. I consent to this referral. It is further agreed and understood that:

(a) this referral will not increase the total attorney fees owed by me;

(b) Roberts & Roberts will have joint responsibility for my representation with Sheridan & Murray;

(c) if a recovery is made on my behalf, of the total attorney's fee provided for under the aforementioned Contract for Legal Services, (40%) will be paid to Roberts & Roberts and (60%) will be paid to Sheridan & Murray; and

(d) if Sheridan & Murray declines to prosecute my claim, my aforementioned Contract for Legal Services with Roberts & Roberts as well as Roberts & Roberts' representation of me and related responsibilities shall be considered terminated at that time as well.

This Consent to Refer is entered into on 09-16-2014 and approved below by:

_____        _____
Roberts & Roberts                            Client

ROBERTS_000029