IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SHERIDAN AND MURRAY, LLC** and **THOMAS W. SHERIDAN,** *Plaintiffs* v. **THE ROBERTS LAW FIRM,** *Defendant.* | Case No. 2:19-cv-00467-JDW |

### ORDER

**AND NOW**, on this 11th day of December, 2019, upon consideration of the Plaintiffs' Partial Motion to Dismiss Defendant's Counterclaims (ECF No. 23), it is hereby **ORDERED** that said motion is **GRANTED IN PART** and **DENIED IN PART**.

It is **FURTHER ORDERED** that, for the reasons stated in the accompanying Memorandum, Counts IV and VI of Defendant's Counterclaim (ECF No. 2) are **DISMISSED** pursuant to Fed. R. Civ. P. 12(b)(6).

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.