# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SHERIDAN AND MURRAY, LLC, et al.,**  *Plaintiffs*  v.  **THE ROBERTS LAW FIRM,**  *Defendant* | **Case No. 2:19-cv-00467-JDW** |

## ORDER

**AND NOW**, this 27th day of December, 2019, upon review of Plaintiff's Motion to Compel (ECF No. 35), and pursuant to Section II(C)(1) of this Court's Policies and Procedures, the Court hereby **STRIKES** the Motion for failure to comport with the page limitations established in this Court's Policies and Procedures.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.