# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **THOMAS W. SHERIDAN** *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> **THE ROBERTS LAW FIRM,** <br><br> *Defendant*. | Case No. 2:19-cv-00467-JDW |

## ORDER

AND NOW, this 3rd day of February, 2020, upon consideration of Defendant Roberts and Roberts' Motion to Compel the Completion of Fact Witness Jeffrey O'Hara, Esquire (ECF No. 39), it is **ORDERED** that, for the reasons stated in the accompanying Memorandum, the Motion is **GRANTED**.

It is **FURTHER ORDERED** that Jeffrey O'Hara shall appear for the completion of his deposition on or before February 17, 2020.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
Hon. Joshua D. Wolson